JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIO CERVANTES,<br><br>    Petitioner,<br><br>    v.<br><br>F. X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. CV 13-07023 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: October 28, 2013

                                            JOHN F. WALTER
                                            UNITED STATES DISTRICT JUDGE